IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERMA,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS,<br><br>        Defendant.<br>_____/ | No. C 08-02702 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 23, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 22, 2009.

DESIGNATION OF EXPERTS: 4/20/08; REBUTTAL: 5/1/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 22, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 2, 2009;

    Opp. Due July 17, 2009; Reply Due July 24, 2009;

    and set for hearing no later than August 7, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 8, 2009 at 3:30 PM.

JURY TRIAL DATE: September 21, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur during the second half of March 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                           SUSAN ILLSTON
                                           United States District Judge