1  Leigh A. White, State Bar No. 167477
   Connor J. Moyle, State Bar No. 250384
2  CARLTON DiSANTE & FREUDENBERGER LLP
   601 Montgomery Street
3  Suite 350
   San Francisco, California 94111
4  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
5  E-Mail: lwhite@cdflaborlaw.com
           cmoyle@cdflaborlaw.com
6
   David W. Shapiro, State Bar No. 219265
7  Jeremy M. Goldman, State Bar No. 218888
   BOIES, SCHILLER & FLEXNER LLP
8  1999 Harrison St. Suite 900
   Oakland, California 94612
9  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
10 E-Mail: dshaprio@bsfllp.com
           jgoldman@bsfllp.com
11
   Attorneys for Defendant
12 AMERICAN EXPRESS TRAVEL RELATED SERVICES
   COMPANY, INC.
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA VERMA, | Case No. 08-CV-02702 SI |
| Plaintiff, | Judge: Hon. Susan Illston |
| v. | Ctrm.: 10, 19th Floor |
| AMERICAN EXPRESS, a New York corporation; and DOES 1-25, inclusive, | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DISCOVERY DEADLINES** |
| Defendants. | Action Filed: April 17, 2008 |
| | Trial Date: September 21, 2009 |

Plaintiff Sandra Verma ("Plaintiff") and defendant American Express Travel Related Services Company, Inc. ("TRS"), by and through their respective counsel of record in this action, hereby present the following Stipulation and Proposed Order seeking to extend certain discovery deadlines in this case as follows:

WHEREAS, Plaintiff filed this action on April 17, 2008;

WHEREAS, this case is currently set for trial beginning September 21, 2009;

WHEREAS, the current deadline for the parties to designate their respective experts is June 8, 2009, with designation of rebuttal expert witnesses to occur by June 19, 2009;

WHEREAS, the Court indicated at the Case Management Conference held in this matter on March 20, 2009 that it would consider a stipulation by the parties seeking an order extending the deadlines pertinent to expert discovery in this case;

WHEREAS, the parties agree that, given the current status of the litigation, extending the current deadlines pertinent to expert discovery in this case as set forth below will best facilitate the efficient handling of this litigation going forward;

WHEREAS, the current non-expert discovery cutoff in this case is June 22, 2009;

WHEREAS, the parties have been working to schedule the depositions of various witnesses but have not been able to identify mutually agreeable dates for those depositions falling on or prior to June 22, 2009;

WHEREAS, the parties had agreed to schedule the deposition of Greg Johnson, an employee for TRS, for June 11, 2009, but now must reschedule the deposition due to the fact that Mr. Johnson has a scheduling conflict resulting from an unexpected emergency;

WHEREAS, the parties have been diligently working together to schedule depositions but believe that a few of the depositions, including third party depositions, may not be able to be scheduled and completed prior to June 22, 2009;

WHEREAS, the parties believe that a three-week extension of the non-expert discovery cutoff solely for purposes of completing the anticipated depositions will facilitate the scheduling and completion of all anticipated depositions;

WHEREAS, pursuant to Northern District Civil Local Rule 6-2(a), the Declaration of

Connor J. Moyle in support of the parties' Stipulation and Proposed Order is filed concurrently herewith;

WHEREAS, the requested modifications of deadlines set forth above will not affect any hearing dates or appearances currently set on the Court's calendar, and will not necessitate the modification of other deadlines;

WHEREAS, the parties jointly stipulate, pursuant to Northern District Civil Local Rules 6-1(b) and 6-2, to request that the Court issue an order extending the deadlines pertinent to discovery in this matter as set forth below;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT:

(1) The deadline for the parties' respective designation of experts, currently set for June 8, 2009, shall be extended to June 29, 2009;

(2) The deadline for the parties' respective designation of rebuttal experts, currently set for June 19, 2009, shall be extended to July 10, 2009;

(3) The expert discovery cutoff date, currently set for August 10, 2009, shall be extended to August 31, 2009;

(4) The non-expert discovery cutoff, currently set for June 22, 2009, shall be extended to July 13, 2009 for purposes of scheduling and completing depositions.

IT IS SO STIPULATED.

Dated: June 5, 2009     CARLTON DiSANTE & FREUDENBERGER LLP
                                        Leigh A. White
                                        Connor J. Moyle


By: /S/ - Connor J. Moyle
                                      Connor J. Moyle
Attorneys for Defendant
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

Dated: June 5, 2009

PIERCE & SHEARER LLP
Andrew F. Pierce
Stacy A. Smith

By: /S/ - Stacy A. Smith
    Stacy A. Smith
Attorneys for Plaintiff
SANDRA VERMA

IT IS HEREBY ORDERED THAT:

(1) The deadline for the parties' respective designation of experts, currently set for June 8, 2009, shall be extended to June 29, 2009;

(2) The deadline for the parties' respective designation of rebuttal experts, currently set for June 19, 2009, shall be extended to July 10, 2009;

(3) The expert discovery cutoff date, currently set at June 22, 2009, shall be extended to August 31, 2009;

(4) The non-expert discovery cutoff, currently set for June 22, 2009, shall be extended to July 13, 2009 for purposes of scheduling and completing depositions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
Judge of the United States District Court for
The Northern District of California