UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VERMAN, ) )     Plaintiff(s), ) ) v. ) ) AMERICAN EXPRESS, et al., ) )     Defendant(s). ) | No. C 08-2702 SI (BZ) **ORDER RE OVERDUE PAPERS** |

TO: Plaintiff and her attorney(s) of record:

On July 1, 2009 you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 21, 2009. Your statement was due July 14, 2009. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 15, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REF FORMS\SANC.ORD

1