1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    SANDRA VERMA,                          No. C 08-2702 SI
9              Plaintiff,                   **ORDER RE: ORAL ARGUMENT**
10      v.
11   AMERICAN EXPRESS and DOES 1-25,
12            Defendants.
                                    /
13
14          The Court directs the parties to be prepared to address the following questions at oral argument
15   on August 7, 2009:
16          1.  Are *Richards v. CH2M Hill, Inc.*, 26 Cal. 4th 798, 816 (2001) and *Yanowitz v. L'Oreal USA,*
17   *Inc.*, 36 Cal. 4th 1028, 1057 (2005) applicable to the statute of limitations issue in this case?
18          2.  If so, are there disputed issues of fact as to whether defendant's purportedly unlawful actions
19   are (1) sufficiently similar in kind, (2) have occurred with reasonable frequency, and (3) have not
20   acquired a degree of permanence?
21
22          **IT IS SO ORDERED.**
23
24   Dated: August 6, 2009                         _____
25                                                 SUSAN ILLSTON
                                                   United States District Judge
26
27
28