IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA VERMA,　　　　　　　　　　　　　　No. C 08-02702 SI

      Plaintiff,　　　　　　　　　　　　　　**ORDER OF DISMISSAL UPON SETTLEMENT**

  v.

AMERICAN EXPRESS,

      Defendant.
　　　　　　　　　　　　　　　　　　　　/

      The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

      IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within **sixty** days (60) from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

Dated: August 7, 2009

                                                  SUSAN ILLSTON
                                                  United States District Judge