1  Andrew F. Pierce, Esq. (State Bar No. 101889)
   Stacy North, Esq. (State Bar No. 219034)
2  PIERCE & SHEARER LLP
   2483 E. Bayshore Road, Suite 202
3  Palo Alto, CA 94303
   Phone (650) 843-1900
4  Fax   (650) 843-1999

5

6  Attorneys for Plaintiff SANDY VERMA

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SANDRA VERMA,                          **Case No. CV 08-2702 WDB**

12                        Plaintiff       [San Francisco Superior Court
                                          Case No. CGC-08-474392]
13 vs.
                                          **STIPULATION TO DISMISS;**
14 AMERICAN EXPRESS, a New York           **[PROPOSED] ORDER TO DISMISS**
   corporation; and DOES 1-25, inclusive,
15                                        [FRCP 41(a)(1)]

16                        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO DISMISS; [PROPOSED] ORDER TO DISMISS**

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

1    IT IS HEREBY STIPULATED by and between the parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed with

3

4    prejudice pursuant to FRCP 41(a)(1).

5    IT IS SO STIPULATED.

6

7

8    Dated: October 23        , 2009    CARLTON DiSANTE & FREUDENBERGER LLP
                                         Leigh A. White
9                                        Connor J. Moyle

10

11

12                                       By:   /S/ - Leigh A. White
                                               Leigh A. White
13                                             Attorneys for Defendant
                                         AMERICAN EXPRESS TRAVEL RELATED SERVICES
14                                       COMPANY, INC.

15

16

17   Dated: October 9th , 2009           PIERCE & SHEARER LLP
                                         Andrew F. Pierce
18                                       Stacy North

19

20

21                                       By:
                                               Stacy North
22                                             Attorneys for Plaintiff
                                         SANDRA VERMA
23

24

25

26

27

28

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

---

2

**STIPULATION TO DISMISS; [PROPOSED] ORDER TO DISMISS**

1
2
THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a)(1), the above-referenced action is dismissed with prejudice.

3
4
5
Dated: _____, 2009

                      _____

6
The Honorable Susan Illston
Judge, United States District Court

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PIERCE & SHEARER LLP
2483 E. Bayshore Road,   Suite 202, Palo Alto, CA  94303
PHONE (650) 843-1900 • FAX (650) 843-1999

STIPULATION TO DISMISS; [PROPOSED] ORDER TO DISMISS